# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157489(77)

MACOMB COUNTY and AFSCME COUNCIL
25 AND ITS AFFILIATED LOCAL 893,
          Respondents-Appellees,

v

JOHN P. GREINER,
          Charging Party-Appellant.
_____/

SC: 157489
COA: 334264
Michigan Employment Relations
Comm (MERC):   13-002118
13-002119

On order of the Court, the motion of charging party-appellant to exceed the page limitation for his motion for reconsideration is GRANTED. The motion submitted on November 20, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk